BARNETT MINDICH et al., Appellants, v. SARAH BROD et al., Respondents.—It does not sufficiently appear that plaintiffs are not the real parties in interest in this action to justify denial of the motion to examine before trial on that ground. As that is the only ground on which the examination was denied and the only ground urged on this appeal for supporting the orders appealed from, the orders are unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

BORIS DEMBO, Respondent, v. SUPRADUR CORPORATION, Appellant.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted for an examination on items 4(a) and 4(b). The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of the Arbitration between ARTHUR HARRIS, Appellant, and LAKESIDE PACKING Co. et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent Lakeside Packing Co. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 846.]

In the Matter of the Application of U. S. VITAMIN CORPORATION et. al., Appellants, to Stay Arbitration Demanded by HARRY E. DUBIN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

FLORENCE KUHLMAN, Appellant, v. ROBERT APPEL et al., Respondents.— Orders appealed from, insofar as they deny items 4 to 17 inclusive of plaintiff's motion for an examination of the defendants before trial, unanimously modified by granting the motion as to said items. The court properly denied that portion of plaintiff's motion which sought a discovery and inspection. Orders, insofar as they grant defendants' cross motion for a bill of particulars, unanimously modified by eliminating items 1, 2, 3 and 14 of defendants' demand and those parts of items 16 and 18 which relate to other employment and by eliminating from items 4, 5 and 6 the word "exact". As so modified the orders are unanimously affirmed, with $20 costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

LOUIS WEISS, Respondent, v. MORRIS SHAMOS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ETHEL FIDANQUE, Respondent, v. R. FRED FIDANQUE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 808.]

MARTIN HERSKOVITZ v. TRAVELERS INSURANCE Co.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore and Van Voorhis, JJ. [See 272 App. Div. 584.]

WALTER L. ROTHSCHILD v. JEROME PARK REALTY CORP.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 272 App. Div. 1044.]

JEAN BRAUN v. KONRAD BRAUN.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 272 App. Div. 1043.]

VALERIE RUBINSTEIN, as Executrix of ANDRE RUBINSTEIN, Deceased, v.